02-12-477-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00477-CV 

 

 


 
 
 In re Leslie Ann Taylor-Scales
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that relief should be denied.  Accordingly, relator’s petition for writ
of mandamus is denied, and the stay is lifted.

 

PER CURIAM

 

PANEL: 
MCCOY, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DELIVERED:
December 20, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).